IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00434-CBS-BNB

ROBERT C. MANGIONE,

    Plaintiff,

v.

EXEL, INC.,

    Defendant.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Defendant's Unopposed Motion to Amend Answer (filed July 6, 2005; *doc. no. 20-1*) is **GRANTED**. The Clerk's office is instructed to accept for filing, Defendant's First Amended Answer (*doc. no. 20-2*) tendered to the court on July 6, 2005, as of the date of this order.

**DATED:**     July 6, 2005