IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00434-CBS-BNB

ROBERT C. MANGIONE,

    Plaintiff,

v.

EXEL, INC.,

    Defendant.

## ORDER OF DISMISSAL

Magistrate Judge Craig B. Shaffer

    The Stipulation for Dismissal filed on October 20, 2005, by the parties, having come before the Court, and appearing well founded; it is hereby

    **ORDERED** that this action is **DISMISSED, with prejudice**, each party to bear their own costs and attorney's fees incurred herein.

DATED at Denver, Colorado, this 20th day of October, 2005.

    BY THE COURT:

    s/Craig B. Shaffer
    Craig B. Shaffer
    United States Magistrate Judge